BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8931
Facsimile: (415) 744-0134
E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ABIGAIL P. DITTMAR,<br>Plaintiff,<br>vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>Defendant. | No. 2:15-cv-01630-AC (TEMP)<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days, from March 2, 2016 to April 1, 2016, to file the Certified Administrative Record (CAR).

There is good cause for this extension as the Office of Disability Adjudication and Review (ODAR) needs additional time to assemble the CAR for this matter. As such, Defendant requests a 30-day extension of time to assemble, produce, and file the CAR. Defendant apologizes to the Court for this delay and hereby requests to extend the schedule in this matter. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Law Offices of Lawrence D. Rohlfing

Dated: March 2, 2016

/s/ Young Cho________
YOUNG CHO
(as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated: March 2, 2016

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:

/s/ Chantal R. Jenkins________
CHANTAL R. JENKINS
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: March 3, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE