PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAIL P. DITTMAR,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-01630-AC (TEMP)<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time to June 30, 2016 to respond to Plaintiff's opening brief.  Defendant respectfully requests this additional time due to a heavy workload.  Defendant's counsel is currently working on a Ninth Circuit appellate brief.  In addition, Defendant's counsel is responsible for managing and briefing forty-seven other matters pending before the District Courts.

    This request is made in good faith with no intention to unduly delay the proceedings.


The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                              Respectfully submitted,

                                              Law Offices of Lawrence D. Rohlfing

Dated: May 27, 2016                      */s/ Young Cho*_____
                                              YOUNG CHO
                                              (as authorized via email)
                                              Attorney at Law

                                              Attorney for Plaintiff

Dated: May 27, 2016                      PHILLIP A. TALBERT
                                              United States Attorney
                                              DEBORAH LEE STACHEL
                                              Acting Regional Chief Counsel, Region IX
                                              Social Security Administration

                             By:

                                              */s/ Chantal R. Jenkins*_____
                                              CHANTAL R. JENKINS
                                              Special Assistant U.S. Attorney

                                              Attorneys for Defendant

## **ORDER**

    Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: June 2, 2016

                                              _____
                                              ALLISON CLAIRE
                                              UNITED STATES MAGISTRATE JUDGE

